

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2020

No. 04-20-00219-CV

**IN RE** Dr. Heliodoro V. **BOONE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

On April 16, 2020, relator filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than May 4, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. The trial court's March 10, 2020 "Order Granting Plaintiff's Motion to Determine Dr. Heliodoro V. Boone's Net Worth" is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on April 16, 2020.

PER CURIAM

ATTESTED TO: _____
                      Michael A. Cruz,
                      Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI20073, styled *Robert Hall v. Dr. Heliodoro V. Boone, et al.*, pending in the 45th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.